# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> CORDELL M. GRISSOM | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br><br> Case No. 3:22-cr-00390 <br> USM No. 44987-074 <br><br> Leonard Lucas <br> Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 3, 4 and 5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to participate in and successfully complete a RRC placement | 12/13/2023 |
| 2 | Failure to follow instructions of Probation Officer related to the conditions of supervision | 10/01/2022 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Number(s) _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0946

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:
Erin, Tennessee

04/11/2024
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 12, 2024
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

                                                                Judgment—Page   2   of   4
DEFENDANT:  CORDELL M. GRISSOM
CASE NUMBER: 3:22-cr-00390

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Failure to follow instructions of Probation Officer related to the conditions of supervision | 06/08/2023 |
| 4 | Failure to participate in program of testing and/or treatment for drug and/or alcohol abuse | 01/09/2023 |
| 5 | Commission of federal, state, or local crime | 02/29/2024 |

DEFENDANT: CORDELL M. GRISSOM
CASE NUMBER: 3:22-cr-00390

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

11 months - 11 months to run concurrent with the sentenced imposed in the case in the Robertson County Criminal Case Number 2024-CR-598.

☑ The court makes the following recommendations to the Bureau of Prisons:

Participation in mental health treatment.
Designation to a facility close to the Middle District of Tennessee as security classification allows.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CORDELL M. GRISSOM
CASE NUMBER: 3:22-cr-00390

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No term of supervised release to follow.